IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOMMY CARROLL DALTON and<br>SHIRLEY JEAN DALTON,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>3M COMPANY, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 10-113-SLR/SRF<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this 1st day of October, 2013, having considered the well-reasoned and thorough Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on September 12, 2013, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 82) is adopted.

2. Defendant Foster Wheeler's motion for summary judgment (D.I. 38) is granted and defendant Crane's motion for summary judgment (D.I. 44) is granted in part and denied in part, consistent with the reasons set forth by Judge Fallon.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge